PD-0543-15

PD-0543-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/7/2015 3:18:02 PM
Accepted 5/8/2015 10:33:41 AM
ABEL ACOSTA
CLERK

No. _____

### In the Texas Court of Criminal Appeals
_____

**SRIHARI AVULA, Petitioner**
**V.**
**THE STATE OF TEXAS, Respondent**

_____

**On Petition for Discretionary Review from the Court of Appeals**
**Fifth District of Texas at Dallas**
**No. 05-13-00405-CR**

_____

**Trial Court:**
**380th District Court of Collin County, Texas**
**Cause No. 296-80285-2012**

## PETITIONER'S UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF THE TEXAS COURT OF CRIMINAL APPEALS:

Srihari Avula, the petitioner, respectfully moves this Court for additional time to file his petition for discretionary review, and in support thereof, would respectfully show the following:

### INTRODUCTION

1. On January 30, 2015, in that matter styled No. 05-13-00405-CR, *Srihari Avula v. The State of Texas*, the Court of Appeals, Fifth District of Texas at Dallas,

affirmed the petitioner's conviction in all respects for the offense of driving while intoxicated with a child passenger younger than 15 years of age.

2. On March 19, 2015, the petitioner filed in the court of appeals *Appellant's Motion for Rehearing and Motion for En Banc Reconsideration*. On March 19, 2015, the court of appeals denied the petitioner's motion for rehearing. On April 7, 2015, the court of appeals denied the petitioner's motion for en banc reconsideration.

3. Under TRAP 68.2(a), the first PDR "must be filed within 30 days after either the day the court of appeals' judgment was rendered or the day the last timely motion for rehearing or timely motion for en banc reconsideration was overruled by the court of appeals."

4. The petitioner's PDR is due to be filed May 7, 2015.

**ARGUMENT**

5. Under TRAP 68.2(c), "The Court of Criminal Appeals may extend the time to file a petition for discretionary review if a party files a motion complying with Rule 10.5(b) no later than 15 days after the last day for filing the petition."

6. The basis of this motion is the following:

    a. The petitioner's attorney's daughter is disabled and has significant medical problems, including chronic asthma. The undersigned lives in

Dallas and his daughter lives in Tyler. For approximately the past three months, it has been necessary for counsel to spend a considerable amount of time in Tyler. This family commitment has required that counsel work a limited schedule.

b. The undersigned has chronic bronchitis. During the period December 2014 through February 2015, then again from March 2015 through the present, the undersigned has been required to work a limited schedule because of illness.

7. The state does not oppose this motion.

8. This Court has granted no previous extension of the time to file a petition for discretionary review in this case.

9. This motion is not brought for the purpose of delay only, but so that justice may be done. Neither party would be unfairly prejudiced should the Court grant this motion, and the length of the delay in filing the PDR will not adversely affect these proceedings.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, the petitioner prays that the Court grant this motion, in all matters, and thereby extend the time for him to file his PDR to July 6, 2015 (60 days). The petitioner also prays for such other and further relief, at law or in equity, to which he may show himself entitled.

Respectfully submitted,

**/s/ *Jon A. Haslett***

Jon A. Haslett
Texas Bar No. 00795141
Law Office of Jon A. Haslett
4475 Trinity Mills Road, Box 701599
Dallas, Texas 75370-1599
(214) 287-3133
Jon.Haslett@hotmail.com
*Attorney for Petitioner*

CERTIFICATE OF CONFERENCE

On May 7, 2015, I conferred via email with Andrea L. Westerfeld, counsel for the respondent, The State of Texas. Ms. Westerfeld stated that the respondent does not oppose this motion.

**/s/ *Jon A. Haslett***

CERTIFICATE OF SERVICE

Pursuant to TRAP 9.5(a), I hereby certify that on May 7, 2015, I served a true, complete, and correct copy of the foregoing *Petitioner's Motion for Additional Time to File Petition for Discretionary Review*, via electronic filing, on the following:

John R. Rolater, Jr., via email to JRolater@co.collin.tx.us
Andrea L. Westerfeld, via email to AWesterfeld@co.collin.tx.us
Collin County District Attorney's Office
*Attorneys for Respondent*

**/s/ *Jon A. Haslett***